Philip Cimpritz, Respondent, v. Borden's Farm Products Co., Inc., Appellant, and Others, Defendants.— In view of the decision in *Cimpritz* v. *Borden's Farm Products Co., Inc.* (*post*, p. 778), decided herewith, the appeal from the judgment is dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Philip Cimpritz, Respondent, v. Borden's Farm Products Co., Inc., Appellant, and Brooklyn and Queens Transit Corporation, Defendant, Impleaded with Marcus Contracting Co., Inc., Respondent.— Order reversed on the law and the facts and appellant's motion to set aside the verdict and vacate the judgment and for a new trial on the ground of newly-discovered evidence granted, costs to abide the event. In our opinion, in the exercise of discretion and in the interest of justice, there should be a new trial and appellant given an opportunity to offer the newly-discovered evidence, which may reasonably be expected to change the result. We think the appellant has shown proper diligence in its preparation for the former trial of the action. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

City of New Rochelle, Appellant, v. Agatha Holding Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

City of New Rochelle, Respondent, v. New Rochelle Trust Company, as Executor of Burckhard Estate and Others, Defendants, Impleaded with Joseph Magnus, Appellant.— Order denying appellant's motion to dismiss the complaint and cancel the notice of pendency of action affirmed, with ten dollars costs and disbursements, with leave to said appellant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

Louis H. Cohen, Appellant, v. Corn Exchange Bank Trust Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.

George S. Daso, Suing for Himself as Director and Stockholder and on Behalf of All Other Stockholders of Carlson Hoist & Machine Company, Inc., in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. Carlson Hoist & Machine Company, Inc., and Others, Appellants.— Order limiting the payment of salaries during the pendency of the action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

Geraldine Castle Downes, Respondent, v. R. G. Holding Corporation and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Lena Dwin, Appellant, v. Jacob E. Dwin, Respondent.— Order on reargument adjudging defendant in contempt and reducing alimony affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

Hyman Eckhaus and Others, Appellants, v. Paramount Improvement Corporation, Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. We are of the opinion that, under the facts of this case, the written agreement, dated March 31, 1931, is *nudum pactum* and void. The evidence shows that at the time this agreement was made the contract of sale had been drawn and agreed upon in every particular by the owner and purchaser